Exhibit C

| | |
|---|---|
| **Reference:** | IMARS Case File #:  LM12001644 |
| | 43 CFR 2932.57 (a)(1) – Fail to obtain a Special Recreation Permit and pay the fees required |
| | James S. KLEINERT |

1.   On September 16, 2011, the Bureau of Land Management (BLM), Dolores Public Lands Office, Dolores, CO, was engaged in a wild horse gather in the Spring Creek Basin Horse Management Area (HMA), in San Miguel County, CO, on National System of Public Lands administered by the BLM.  During the morning, a fixed wing single engine Cessna aircraft was observed circling the HMA approximately four times at a distance of approximately one mile out and less than 500 feet below altitude in violation of 14 CFR 91.119 (c) "Minimum safe altitudes: General.  Over other than congested areas, an altitude of 500 feet above the surface, except over open water or sparsely populated areas.  In those cases, the aircraft may not be operated closer than 500 feet to any person, vessel, vehicle, or structure."

2.   On January 12, 2012, (b) (6), (b) (7)(C)                            was issued a formal warning notice which is an administrative action by Federal Aviation Administration (FAA). (b) (6), (b) piloted the Cessna fixed wing aircraft during the Spring Creek Basin Wild Horse Gather on September 17, 2011. (b) (6), (b) (7)(C) was in violation of the following:  14 CFR § 91.119 Minimum safe altitudes: (c) Over other than congested areas. An altitude of 500 feet above the surface, except over open water or sparsely populated areas. In those cases, the aircraft may not be operated closer than 500 feet to any person, vessel, vehicle, or structure.

3.   On January 12, 2012, (b) (6), (b) (7)(C)                                         sent via email a copy of (b) (6), (b) (7)(C) letter he submitted to the FAA (Attached).

_____
                    *(Signature)*
(b)(7)(C)                         Special Agent
Office of Law Enforcement Region 4

***General report:***

| | |
|---|---|
| *Incident:* | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| *Task:* | |
| *Author:* | (b)(7)(C)                    *Report time:*   04/26/2013 09:13 |
| *Entered by:* | (b)(7)(C)                    *Entered time:*  04/26/2013 09:13 |
| *Remarks:* | 10.18.11.Kleinert Lawyer.MOA |
| *Narrative:* | |

-
**Date:**                              October 18, 2011                    **Ex. C, 1 of 41**

**Person Conducting Activity:**  SA (b)(7)(C) ████████

**Activity Location:**  BLM, Office of Law Enforcement Region 4
103 Sheppard Drive, Suite 115
Durango, CO 81303

**Reference:**  (b) (6), (b) (7)(C) ████████
IMARS Case File #:  LM12001644
43 CFR 2932.57 (a)(1) – Fail to obtain a Special
Recreation Permit and pay the fees required
James S. KLEINERT

1. On October 18, 2011, at 1106 hrs, James KLEINERT left a voicemail for SA
(b)(7)(C) ████ stating (b) (6), (b) (7)(C) ████ is his attorney.  Lane can be reached as
follows:

(b) (6), (b) (7)(C) ████
Attorney at Law
(b) (6), (b) (7)(C) ████████
(b) (6), (b) (7)(C) ████
(b) (6), (b) (7)(C) ████

_____
*(Signature)*
(b)(7)(C) ████  Special Agent
Office of Law Enforcement Region 4

**General report:**

Incident: LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR
SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area:
TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI),
Bureau of Land Management (BLM), DoI

Task:
Author: (b)(7)(C) ████         Report time: 04/26/2013 09:15
Entered by: (b)(7)(C) ████     Entered time: 04/26/2013 09:15
Remarks: 11.30.11 (b) ████ .MOA
Narrative:

**Date:**         November 30, 2011

**Person Conducting Activity:**  SA (b)(7)(C) ████████         **Ex. C, 2 of 41**

| | |
|---|---|
| **Activity Location:** | BLM, Office of Law Enforcement Region 4<br>103 Sheppard Drive, Suite 115<br>Durango, CO 81303 |
| **Reference:** | Attorney at Law ██████<br>IMARS Case File #:  LM12001644<br>43 CFR 2932.57 (a)(1) – Fail to obtain a Special<br>Recreation Permit and pay the fees required<br>James S. KLEINERT |

1.  On November 28, 2011, ██████ was telephonically contacted to inquire if he is representing James S. KLEINERT and ██████. ██ advised he is representing KLEINERT on First Amendment issues.

2.  ██ was asked if he was representing ██ too, which ██ asked if ██ was the pilot of the plane. ██ was told that ██ was not the pilot, but was filming from the plane. ██ said he is representing the pilot. ██ was told that the pilot was being represented by an attorney from Southwest Colorado.  Note:  The pilot is identified as ██ ██ who is represented by ██ ██, Attorney at Law, ██████

3.  ██ was told KLEINERT is being investigated for failure to obtain a Special Recreation Permit and pay the fees required for filming the 2011 Bureau of Land Management (BLM), wild horse gather in the Spring Creek Basin Horse Management Area (HMA). ██ advised he has done rafting trips and understood commercial permitting. ██ thought that filming the wild horse gather was a First Amendment right.

4.  On November 30, 2011, ██ sent an email (Attached) advising that KLEINERT should not speak to BLM law enforcement regarding the Spring Creek Basin wild horse gather and any inquiries should be directed to ██. ██ also said that he personally has not heard from ██ so he could not say he represents ██.

5.  ██ contact information is as follows:

   ██████
   Attorney at Law
   ████████
   ████████
   ██████
   ██████

_____
                (Signature)
[REDACTED] Special Agent
Office of Law Enforcement Region 4

**General report:**

Incident:       LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR
                SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area:
                TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI),
                Bureau of Land Management (BLM), DoI

Task:
Author:      [REDACTED]
Entered by:  [REDACTED]                          Report time:   04/26/2013 09:16
Remarks:     02.10.12 [REDACTED] .MOA           Entered time:  04/26/2013 09:16
Narrative:

**Date:**                                February 10, 2012

**Person Conducting Activity:**          SA [REDACTED]

**Activity Location:**                    BLM, Office of Law Enforcement Region 4
                                         103 Sheppard Drive, Suite 115
                                         Durango, CO 81303


**Reference:**                           Interview Attempts: [REDACTED]
                                         IMARS Case File #:  LM12001644
                                         43 CFR 2932.57 (a)(1) – Fail to obtain a Special
                                         Recreation Permit and pay the fees required
                                         James S. KLEINERT


1.   From November 21, 2011, through February 10, 2012, several telephonic
     attempts were made to interview [REDACTED] as a witness. [REDACTED] was
     identified as the [REDACTED] aboard the Cessna 182D [REDACTED]
     piloted by [REDACTED] on September 16, 2011. [REDACTED] was hired by James
     KLEINERT to film the Bureau of Land Management (BLM), wild horse gather in
     the Spring Creek Basin Horse Management Area (HMA), in San Miguel County,
     CO, on National System of Public Lands administered by the BLM.

2.   [REDACTED] if further identified as:
     [REDACTED]
     [REDACTED]

3.   Note: ████ left a voicemail message advising ████ is his attorney. ████ is identified as an Attorney at Law with ████████████████. On November 30, 2011, ████ sent an email to SA ████ advising he represents Kleinert. ████ further advised that at the time he had not personally heard from ████ and could not say he represents him.

_____
            *(Signature)*
████ Special Agent
Office of Law Enforcement Region 4

**General report:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| Task: | |
| Author: | ████ |
| Entered by: | ████ |
| Remarks: | 01.15.13.American Wild Horse Website Review.MOA |
| Narrative: | |

Report time:   04/26/2013 09:18
Entered time:   04/26/2013 09:18

**Date:**                                            January 15, 2013

**Person Conducting Activity:**          SA ████

**Activity Location:**                        BLM, Office of Law Enforcement Region 4
                                                      103 Sheppard Drive, Suite 115
                                                      Durango, CO 81303

**Reference:**                                   The American Wild Horse Web Site
                                                      IMARS Case File #:  LM12001644
                                                      43 CFR 2932.57 (a)(1) – Fail to obtain a Special
                                                      Recreation Permit and pay the fees required
                                                      James S. KLEINERT

1.   On January 15, 2013, a review of The American Wild Horse website revealed the following website page:  http://theamericanwildhorse.com/films-sequel-rise-of-the-renegades/.  A review of the page identified the production of a sequel film titled, *"Rise of the Renegades"* being produced by James KLEINERT, aka: Anaquad KLEINERT (Attached).  The following excerpts relating to the filming of the sequel by James KLEINERT during the 2011 wild horse gather in the Spring Creek Basin Horse Management Area (HMA), in San Miguel County, CO, on National System of Public Lands administered by the BLM were taken from

Ex. C, 5 of 41

the page and are as follows:

*Anaquad-Kleinert filmed the September 2011 roundup in Disappointment Valley. The footage, which is now part of "Rise of the Renegades" includes:*

- *The BLM's refusal to allow anyone with a camera, and specifically Anaquad-Kleinert, anywhere near the guts of the roundup.  This order came from very high-level officials within BLM.  The public and press viewing area was over 1,800 feet from the trap pens.  This denial of meaningful observation is now the subject of First Amendment claims in a federal lawsuit by Anaquad-Kleinert.*
- *The BLM initially planned to drive the horses through a treacherous route.  After Anaquad-Kleinert posted footage of this dangerous route on Vimeo, the BLM changed the path to a final route that was 98% hidden from press and public.*
- *Three magnificent band stallions lost their lives as a result of the 2011 roundup.  The film features gorgeous footage of Thunder Being, Apache, Sublime and Phantom prior to the roundup and their deaths.*
    - *Thunder Being, a magnificent paint, fatally injured himself at the roundup trap pens.*
    - *Apache heroically jumped over 6-foot fences from the moment he was captured through the time he was about to be gelded in short-term holding in Canon City.*

*"Rise of the Renegades," features wild horses who were captured during the 2011 roundup, some of whom died, and 12 of which are now in private sanctuary.  The private sanctuary hoses will be returned to the wild range if Anaquad-Kleinert's lawsuit against BLM is successful.  The film shows these horses in the wild, before the 2011 roundup, when they were at peace on the range with their herd in their natural setting.*

*Meanwhile, the drama at the September 2011 Disappointment Valley roundup was intense.  During the first day of the roundup, a small airplane flew overhead with a camera rolling.  It documented the BLM helicopter running wild horses down a dangerous hillside into an arroyo.  BLM officials were incensed by the presence of the airplane.  They have since been actively (and unsuccessfully) trying to find the film footage, bring charges against those connected with the airplane, and frame Anaquad-Kleinert.*

*In Sum, "Rise of the Renegades" continues to document the unfolding intense and fascinating drama of a modern day American government that is intentionally managing America's wild horses to extinction, and at the same time, bullying and trying to silence its detractors, all for the sake of pleasing corporate interests.*

*Project Stage*

*The sequel is "Rise of the Renegades," which is 80% shot, and completed rough cut.*

**Ex. C, 6 of 41**

_____
            *(Signature)*
(b)(7)(C)                Special Agent
Office of Law Enforcement Region 4

**General report:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |

Task:
Author:       (b)(7)(C)
Entered by:   (b)(7)(C)                      Report time:   04/26/2013 09:19
Remarks:      01.05.12 (b)        .MOI        Entered time:  04/26/2013 09:19
Narrative:

**Date and Time:**              January 5, 2012 1030 hrs.

**Person Interviewed:**         (b) (6), (b) (7)(C), The Watch Newspaper

**Contact Information:**        (b) (6), (b) (7)(C)
                                (b) (6), (b) (7)(C)
                                (b) (6), (b) (7)(C)

**Interview Location:**         (b) (6), (b) (7)(C)
                                (b) (6), (b) (7)(C)

**Interviewed By:**             SA (b)(7)(C)

**Reference:**                  IMARS Case File #:  LM12001644
                                43 CFR 2932.57 (a)(1) – Fail to obtain a Special
                                Recreation Permit and pay the fees required
                                James S. KLEINERT

1. On January 5, 2012, (b) (6), (b) (7)(C) was interviewed regarding James KLEINERT and (b) (6), (b) (7)(C) press credentials used during the September 15 – 18, 2011 wild horse gather in the Spring Creek Basin Horse Management Area (HMA), in San Miguel County, CO, on National System of Public Lands administered by the Bureau of Land Management (BLM).

2. (b) (6), (b) (7) stated that KLEINERT did not have a current press pass required by "The Watch" newspaper and issued by the San Miguel County Sheriff's Office, Telluride, CO. (b) (6), (b) (7) stated that press pass requests through the San Miguel Sheriff's Office to report news for The Watch newspaper were good for two years, but now are required annually. (b) (6), (b) (7) also stated neither KLEINERT nor (b) (6), (b) (7) were authorized to represent the paper during the 2011 Spring Creek Basin wild horse gather.

3.  ███ was shown copies of the San Miguel County Sheriff's Office media
identification application with accompanying request letters signed by ███ for
both KLEINERT and ███ (Attached). ███ stated she did author the letters,
but believed the letters were from 2007. ███ said that the letterhead in which
the requests were written on were old, because the paper has not been referred to
as "The Telluride Watch" for over five years. ███ could not explain why
there was no date on KLEINERT's letter. Note: ███ letter for KLEINERT
is dated "Tuesday, Nov. 21," but does not indicate a year, wherein ███ letter
is dated August 16, 2007.  KLEINERT's media application signed by
KLEINERT is dated "11/20/07" and identifies his address as:  560 Piedmont
Drive, Taos, NM.

_____

*(Signature)*

███ Special Agent
Office of Law Enforcement Region 4

**General report:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |

Task:
Author:        ███
Entered by:    ███                              Report time:   04/26/2013 09:20
Remarks:       01.17.13 ███  Email Response.MOA   Entered time:  04/26/2013 09:20
Narrative:

**Date:**                              January 17, 2013

**Person Conducting Activity:**        SA ███

**Activity Location:**                 BLM, Office of Law Enforcement Region 4
                                       103 Sheppard Drive, Suite 115
                                       Durango, CO 81303

**Reference:**                         Email Response from ███

                                       ███, the Watch Newspaper

                                       Telluride, CO
                                       IMARS Case File #:  LM12001644
                                       43 CFR 2932.57 (a)(1) – Fail to obtain a Special
                                       Recreation Permit and pay the fees required
                                       James S. KLEINERT

**Ex. C, 8 of 41**

1.  On January 16, 2013, ███████, the Watch Newspaper, Telluride, CO, was contacted telephonically and asked to re-examine letters from her to San Miguel Sheriff's Office, Telluride, CO, requesting press passes for ███████ and James KLEINERT. The letters were sent via email to ██████. Note: ██████ was shown the letters on January 5, 2012 (See Memorandum of Interview (MOI) with attached letters dated January 5, 2012). On January 17, 2013, ██████ sent a response via email regarding her examination of the letters.

2.  ██████ advised the signature on the letters was definitely hers and the verbiage did not seem out of character. ██████ was troubled by the lack of a year after the "Tuesday, Nov. 21" date at the top of the letter for KLEINERT. ██████ determined that in 2007, November 21st fell on a Monday, but was curious if BLM conducted wild horse gathers in November in the west end of San Miguel and Montrose counties. ██████ stated, "Just the fact that it says Tuesday, Nov. 21, I'd say, however, indicates the letter was tampered with."

3.  ██████ recalls issuing KLEINERT press credentials for San Miguel County, but believes it was well before 2007. ██████ believes KLEINERT lived in Southern California at the time and afterward moved to New Mexico.

4.  ██████ attached an article written by ██████ about the Spring Creek gather in 2007 with a reference to KLEINERT (See article below). ██████ believes KLEINERT and ██████ went together to Piceance on a couple of occasions prior to ██████ 2007 article. Note: It is believed ██████ was referring to the Piceance East/Douglas Horse Management Area (HMA) near Rangely, CO, overseen by the BLM Grand Junction Field Office, Grand Junction, CO. ██████ had asked ██████ for a press pass even though ██████ would be working outside of San Miguel County.

██████ **Article:**
Ten Days in Disappointment Valley | 'Culling' 77 Wild Horses From the Spring Creek Herd
by ██████
Sep 02, 2007 | 504 views | 0  | 8  |  |
DISAPPOINTMENT VALLEY, Aug. 30, 5:38 p.m. - The Spring Creek herd of wild horses in Disappointment Valley was scheduled to be rounded up on Monday, Aug. 20 – a herd estimated by officials at the Bureau of Land Management to number about 114 horses.

Too many horses, in the eyes of the BLM, which considers these horses' Appropriate Management Level, or AML, to be at 35 to 65 head of horses sharing the range with 125 head of cattle, December through February.

A contractor had been hired and the wheels were in motion.

Because I spend a lot of time on horseback with these horses and have gotten to know the herd quite well, I wanted to arrive a few days early, to see them one last time

Ex. C, 9 of 41

before the gather.

DAY ONE

My horse Buck and I trailer into the preserve on the afternoon of Saturday, Aug. 18, where I saddle up and we head out. The area is wide and open, and is cut with a system of arroyos that make straight-line travel difficult at best. The ride bears out what I already know:

This place is a high desert paradise. The colors are warm and clear; the horses are beautiful and healthy. The reservoirs are full from the monsoon rains. There is water everywhere in Spring Creek and there is lots of desert feed. Such beauty and grandeur, truly amazing – it moves the spirit, quiets the mind and softens the heart. We ride for about 12 miles, encountering about 45 horses. It seems like there are fewer foals than last month. Predation, perhaps? We head back to camp.

After the sunset, which has a summer monsoon beauty, with thunderstorms lurking in the west over Utah's Abojo mountains, the colors recede and my gaze drifts to the north. There on the top of the ridge stands, fully lit, a gas-drilling rig. It will be our silent company for the rest of the night, with its upper most light flashing a warning – a warning of what? Aircraft, certainly, but perhaps also to the horses. A warning that man's footprint is growing larger and that we are coming their way.

Ignorance can be bliss. Perhaps it is so for the horses. They do not know what the appearance of gas rigs portends, or what awaits them Aug. 20. They are so wonderfully lost in the beauty of the moment, lost in their horse-ness. I give thanks that they do not know that there are too many of us and not enough room for them and their kindred.

I am awakened by visitors in the night. Horses, very near camp, maybe 50 yards away. Buck panics and after snorting and rearing runs down the picket line, wrapping himself around the dead cedar at its end. The horses run off and I get Buck calmed down. How easy it would be to find oneself afoot and horseless. No wonder they used to hang horse thieves; in days past a man without a horse in the desert may well have been a dead man.

DAY TWO

We leave camp at about 8 a.m. and cover about 25 to 30 miles, encountering horses scattered throughout the preserve. They all look great. We head back to camp to meet up with James Kleinert, my friend who is doing a documentary about the wild horse. James, a dedicated wild-horse advocate, is here to film the gather and get the final footage for his film, The American Wild Horse. The film is scheduled to screen on Capitol Hill in the LBJ Room in late September to garner support for two bills in front of Congress: HR503 and the Senate version, S.311. Both bills are attempts to reinstate the Free Roaming Horse and Burro Act of 1971, which outlawed the slaughter of wild horses and burros. Montana Senator Conrad Burns attached an amendment to the 2005 appropriation bill, passed without discussion or review and signed into law by President Bush, effectively gutting the 1971 law, that mandates the removal of all "excess" horses from public lands by any means, including slaughter.

After a good break we head back out, me on Buck and James on wheels. I head down to Spring Creek and we canter up the stream bed to intercept the two bands visible from camp. What a great ride: The shadows are growing, the footing is good and Buck is in the groove. We stay in the stream bed for mostly, popping out occasionally to keep an eye on the horses. After a couple of miles, we spot some more horses down in the flats by the stream bed. We drop back in, counting the turns to know when to ease out of the canter and into stealth mode. We drop into a walk after the fifth meander, and slip in quietly from there. As we approach the last turn, just 80 yards from the horses, a satellite stallion peers over the top of a 20 foot bank. Busted! He turns and heads to the herd.

No need for stealth now, so we move into a trot and around the bend into the heard. They see us and are on the move. We take it easy, and spend the next 30 minutes within 30 to 100 yards of the horses. Patience! We follow at a distance as they move out and meet up with another band. They run back and forth; the two bands merge briefly. A short fight between the dominant studs break out and the bands separate; the one we were with moves off and the other band lingers, then moves to water. We remain, watching until they are all out of sight. We head back to camp at a slow canter, running into a band of brothers. Five young studs we have been watching for the last couple of years, each one a different color. I give thanks.

DAY THREE

More miles and more horses. I spend most of the morning looking for the band of paints that hang out in the far East End, find them in the distance and approach, out of sight. When I get to my marker to take a look, they are gone. Time to get back to camp. It's 10 a.m., and James leaves to pick up the rest of the film crew. I slip out of the preserve and head over to my friend Ron Knuckel's place, looking for his lost gelding on the way. He's also missing a pig, but I don't see either one. There's a lot of new fence and locked gates, so we give up and head back to the preserve. I spend the rest of the day scouting film locations and meeting the mustangers. Dave and Sue Cattoor are the owners; it's a family affair, and they prefer to be called contractors. We set up an interview for the evening.

As requested by the BLM, I move camp to outside the preserve to be out of the way of tomorrow's gather. When James and his crew show up, they set up camp and we head back in for the interview. The Cattoors are one of only two outfits doing this kind of work for the BLM. It's hard work, and they've been doing it since 1971. As a matter of fact, Dave, 65, has been mustang-ing since he was 12 years old.

The interview goes well; the Cattoors are relaxed and open as they explain their work, their beliefs, why they use a helicopter for their gathers and how, if done correctly, it is less stressful for the horses than a gather on horseback. The Cattoors believe too much money is being spent maintaining wild horses that are removed from the range and placed in sanctuaries (currently more than 30,000 wild horses are living out their lives on these sanctuaries) and that efforts at fertility control (such as the contraceptive porcine zona pellucida, or PZP) don't work. They are strong advocates of killing, in their words "a humane way to dispose of excess horses," and support the Burns Amendment.

We stay for some storytelling, then head back to camp.

LAW ENFORCEMENT SENSITIVE (FOUO)

We have grown to respect these people and their work ethic, but something does not sit well. Humane slaughter is too often an oxymoron. We have seen the video.

## DAY FOUR

We cannot access the preserve on horseback; the gather inside has been put off for a day as they round up six horses on the outside. We spend the day outside the preserve riding and exploring new terrain. James's crew finalize camera positions and prepare for tomorrow. We meet many more people here for the gather – photographers and media personnel, many advocates of the Spring Creek herd who have worked tirelessly over the years with the BLM to improve range conditions here. Because of them, the herd is still here. We ask for and get another interview with the Cattoors. The interview goes well again, with better lighting, backdrop and sound. The answers are the same. It also comes out that they wish the public would let the BLM do its job and manage the horses how it sees fit and that if ranchers were allowed to manage the herds, it would be even better, because it would be cheaper and cut through all the bureaucracy. Even though their arguments are compelling, there is the feeling that that something is being overlooked. Something is forgotten. We break camp and spend the night at Ron's cabin to recharge all the batteries and go over all the gear. Buck is given free roam of the yard; the pig shows up in the middle of the night and causes a ruckus. Buck doesn't like pigs but he got used to him. Another one of Ron's horses shows up about 2 a.m. and is exciting Buck to the point I'm afraid he's going to jump the fence, so I tie him to the trailer and bed down in the truck, where I can keep an eye on things. I can't imagine what kind of a nightmare a snorting rooting pig could bring on as it rouses me from the dead of sleep; lying in the truck, I'm wishing I was under the stars until a skunk walks by and all of a sudden, the truck is a pretty good place to be.

## DAY FIVE

Up at 5 a.m., we head back up to the preserve. Buck stays behind, loose in the yard. No sign of the pig. The rest of the crew heads into their locations; I'm stationed outside the fence and won't see them for the rest of the gather. I set up on top of the horse trailer for the first part of the morning, then move down the fence to a high spot for the rest of the day. We all get good footage, and theirs is superb. I recognize many of the bands as they come in. The excitement, however, is tempered by the knowledge that life for most of these horses is over as they know it. Some horses make an escape and the pilot has to give up on them or risk losing the others. We are always rooting for the horses. The band of paints is one of the last to come in. They're tired and wet but in good shape. What a good-looking bunch. Their pilot is good – never seems to stress them unduly. The last group in was the band of brothers, minus one. Yes! The sorrel got away. Fifty-nine horses are gathered. They are sorted according to age and sex.

## DAY SIX

The gather continues. One horse jumps over the wing fence of the trap and others follow. Their freedom is short-lived after the contractors mount up and bring them back. Twenty-eight more horses brought in, for a total of 87.

LAW ENFORCEMENT SENSITIVE (FOUO)

## DAY SEVEN

Ten of the 87 horses are selected for release. Five are mares and are treated with PZP, which will not affect the foals they may be carrying. Four are stallions and the other is a weaned paint foal. The other 77 horses are removed from the herd; 32 of them will be auctioned in Cortez. None are over the age of 3; they're all nice-looking with good temperaments – good candidates for adoption. The remaining 45 will go to Canon City's prison program. They are all freeze-branded and vetted; the stallions gelded.

## DAY EIGHT

The gentling clinic starts at 10 a.m. with trainer James Morgan from Bennett, Colo., who works with three different horses – two geldings and a mare, one at a time.

The horses go from trying to climb out of the 40-foot round pen to being  gentled to the point that Morgan can touch and then halter them in about three hours. His patience, technique and attitude are phenomenal. Anyone wanting to work with horses like these should attend a clinic like his. He stresses patience and not having inflexible goals, so as to not open the door for disappointment. "Get with the horse so that the horse can get with you," he emphasizes. He uses a coiled lariat as his main training aid. "Don't be in a hurry," he says as he works the horse patiently. His technique can be like watching paint dry, but it gets the job done – and produces a willing partner and friend from a once wild horse. He grants James an interview at the end of the clinic. It will help tell the whole story of the wild horse.

## DAY NINE

The silent auction runs from 10 to 11 a.m. The horses look good but uncomfortable – no-one can get even close to touching one. It shows the importance of the previous day's clinic, Patience, patience! I spot a young gray stud from the band of brothers. He's a gelding now.

Eighteen of the 32 – the gray among them – find new homes with people who are excited to work with these wonderful horses.  Good luck to them all, on both ends of the lead rope. The rest will head to Canon City. In the evening it's back to Disappointment Valley. A nice night under a nearly full moon. A couple hour moonlight ride before bed. No horses running by camp.

DAY TEN In the saddle by 7 a.m. A lot of ground to cover hoping to find what's left of the herd. The herd has gone from 114 to 37 horses. Disappointment Valley has been my favorite place to ride because there is nothing like hooking up with a band of wild horses and having them let you move along with them. It feels empty here now. The herd has been decimated.

After an hour I find a band of five. They are nervous, and dart around a group of trees, spooking at something but not us. We move in through an arroyo, hidden as we approach. At a hundred yards we lose our cover, but move in slowly. They spot us and move away, but they're not panicky. We do not follow.

We move on and after a while come by a lone stallion who seems curious, but keeps

us out over a hundred yards and stays with us as we move. After 15 minutes he loses interest and leaves. He's the sorrel from the band of brothers. It's good to see him, but sad to know that his four companions are gone.

We move on. No more horses for quite some time. Then we see what I think is Phantom (a beautiful gray stallion we named earlier in the summer) and his band, down to seven from 13. The foals are gone. They run away, but Phantom stops and turns, from time to time, protecting what remains of his band. Standing proud and snorting his defiance with nostrils flared and tail raised. It's good to see him free.

We move on in a different direction after Phantom takes his band away at a gallop, and next find a group of three studs – they're are new to me. Off they go, no stopping, taking no chances at capture. We watch them go.

We move on, settling into a nice canter to cover more ground as the morning disappears. We round a corner in the terrain and I see movement to the left. A band of three darts out from somewhere. They run at a full gallop broadside to us at 40 yards. A big buckskin with a beautiful paint and a paint foal, both black and white. We pull up and let them have their escape. They are magnificent. We see no more horses. We have seen 19 of the estimated 37. On the way back to the trailer we see vultures circling low, but never find what's drawing their attention.

My heart is hanging on the ground as we ease our way back to the trailer. Yes, there were still horses, but not many. The memory of those now gone haunt me as we moved along. That which did not set well with us after the interviews with the Cattoors has come into focus: It's our debt to the horse.

Those who advocate the removal of wild horses and the killing of "excess" wild horses have something in common: Their bottom line is money. That's the underlying economics behind the reasoning that we cannot afford to care for these horses. The money should be better spent elsewhere.

Many wild horse advocates have come to realize that the issue involves a deeper economics, however, and it's this simple: We owe the horse! Where would we be without the horse? Horses have carried us through history. We owe them an enormous debt. Without them, we would be thousands of years removed from the present – and we would certainly be afoot.

What are those thousands of years of advancement worth?

We have a debt to pay and our failure or refusal to pay this dept would be an indictment against our society and culture. At the very least, our debt includes whatever it takes to keep these magnificent animals off of the killing floor. We are morally obligated to keep them from meeting such an unholy end.

If you are moved by the plight of the wild horse, please contact your state representatives and ask them to support bills H.R.503 and the S.311

(b) (6), (b) (7)(C) has worked with filmmaker James Kleinert on the upcoming documentary, Save the Wild Horse. For more information, or to donate to the project, contact jameskleinert@mac.com.

_____
                    *(Signature)*
(b)(7)(C)▮▮▮▮▮▮  Special Agent
Office of Law Enforcement Region 4

***General report:***

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| Task: | |
| Author: | (b)(7)(C)▮▮▮▮▮ |
| Entered by: | (b)(7)(C)▮▮▮▮▮ |
| Remarks: | 03.18.13.Review of BLM Blocks Access Video.MOA |
| Narrative: | |

*Report time:* 04/26/2013 09:23
*Entered time:* 04/26/2013 09:23

**Date:**                          March 18, 2013

**Person Conducting Activity:**        SA (b)(7)(C)▮▮▮▮▮▮

**Activity Location:**         BLM, Office of Law Enforcement Region 4
                               103 Sheppard Drive, Suite 115
                               Durango, CO 81303

**Reference:**                 Review of video titled:

                               BLM Blocks Press Access to Wild Horse
Round Up

                               IMARS Case File #:  LM12001644
                               43 CFR 2932.57 (a)(1) – Fail to obtain a Special
                               Recreation Permit and pay the fees required
                               James S. KLEINERT

1. On February 4, 2013, an open source search of the website www.theamericanwildhorse.com revealed a video titled, "BLM Blocks Access to Wild Horse Round Up" (Attached).  A review of the video showed footage from the 2011 wild horse gather in the Spring Creek Basin Horse Management Area (HMA), in San Miguel County, CO, on National System of Public Lands administered by the BLM.  The video was produced by James S. KLEINERT.

2. A review of the video revealed at approximately 27 seconds KLEINERT asked (b) (6), (b)▮▮▮  if he had heard from (b) (6), (b) (7)▮▮▮, KLEINERT's attorney, regarding a temporary restraining order.  At approximately 2.58 minutes into the video KLEINERT introduces himself to one of the BLM contractors identifying himself as a reporter with the media and showing a card in his left hand which he

Ex. C, 15 of 41

states is his press pass.  KLEINERT requests to be closer to the wild horse gather to
film.  At approximately 7.07 minutes KLEINERT speaks to BLM Public Affairs
and states the location to film is inadequate and asks if ▊▊▊ received a letter
from ▊▊▊,   KLEINERT then demands better access which is denied.

3.   At approximately at 34.49 ▊▊▊ is seen discussing the limited access
he had to document the wild horse gather.  At approximately 35.14 ▊▊▊ states
"we couldn't film it…we couldn't record it…we couldn't be a witness to it with
our own eyes."

_____
            *(Signature)*
▊▊▊  Special Agent
Office of Law Enforcement Region 4

---

**General report:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| Task: | |
| Author: | ▊(b)(7)(C) |
| Entered by: | ▊(b)(7)(C) |
| Remarks: | 03.19.13.Review of BLM and Wild Mustang Roundups Video.MOA |
| Narrative: | |

*Report time:* 04/26/2013 09:25
*Entered time:* 04/26/2013 09:25

**Date:**  March 19, 2013

**Person Conducting Activity:**  SA ▊(b)(7)(C)

**Activity Location:**  BLM, Office of Law Enforcement Region 4
103 Sheppard Drive, Suite 115
Durango, CO 81303

**Reference:**  Review of video titled:

BLM and Wild Mustang Horse Slaughter
IMARS Case File #:  LM12001644
43 CFR 2932.57 (a)(1) – Fail to obtain a Special
Recreation Permit and pay the fees required
James S. KLEINERT

1.   On February 4, 2013, an open source search of the website www.youtube.com
revealed a video titled, "BLM and Wild Mustang Horse Slaughter" (Attached).
Information relating to the video advises ▊▊▊ posted the video seven (7)
months ago.  Further description on the website says the following: ▊▊▊
interviews Emmy award-winning director and filmmaker James.

2.   On March 19, 2013, a review of the video starts with the title of KLEINERT's **Ex. C, 16 of 41**

movie "Wild Horses and Renegades, a James Anaquad Film."  Further review shows
(b) (6), interviewing James S. KLEINERT in Malibu, CA.  KLEINERT discusses
getting his first Bureau of Land Management (BLM) permit while living in
Wyoming.  KLEINERT discusses receiving donations for his BLM permit and
film and also discusses that the event in Malibu was a fund raiser.  KLEINERT
talks about downloading or buying his movie on DVD through
www.wildhorsesandrenegades.com.  KLEINERT states that his film was aired on
the Documentary Channel (www.documentarychannel.com) from July 1 through
December 1, 2012.  The first showing on July 1, 2012, was at 8:00 p.m. eastern
time for 80 minutes.  At approximately 10.42 minutes the title, "Disappointment
Valley, Southwest Colorado" appears.  At approximately 10:44 minutes the title,
"Spring Creek Wild Horse Herd" appears showing five horses in the background.
At approximately 10.50 minutes the title, "Traveler, Band Stallion" appears
showing a buckskin horse travelling away from the camera.

_____
(Signature)
(b)(7)(C)               Special Agent
Office of Law Enforcement Region 4

**General report:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| Task: | |
| Author: | (b)(7)(C)                         Report time: 04/26/2013 09:27 |
| Entered by: | (b)(7)(C)                       Entered time: 04/26/2013 09:27 |
| Remarks: | 04.08.13.Review of Kleinert's SRP Application.MOA |
| Narrative: | |

**Date:**                                         April 8, 2013

**Person Conducting Activity:**        SA (b)(7)(C)

**Activity Location:**                      BLM, Office of Law Enforcement Region 4
                                                     103 Sheppard Drive, Suite 115
                                                     Durango, CO 81303

**Reference:**                                Review of KLEINERT's SRP Application
                                                     IMARS Case File #:  LM12001644
                                                     43 CFR 2932.57 (a)(1) – Fail to obtain a Special
                                                     Recreation Permit and pay the fees required
                                                     James S. KLEINERT

**Ex. C, 17 of 41**

1. On April 8, 2013, a review of a Special Recreation Permit (SRP) application (Attached) submitted by James S. KLEINERT and faxed to the San Juan Public Lands Center (SJPLC), Durango, CO, on August 6, 2007, at 03:43 p.m., revealed the following: KLEINERT applied for a permit to film wild horses for the documentary film, "The American Wild Horse." KLEINERT provided the following contact data:

   > James S. KLEINERT
   > P.O. Box 1498
   > Taos, NM 87571
   > (310) 367-3942

2. Further review revealed the cost of the two-day SRP was $708.00 dollars paid by KLEINERT via credit card to the SJPLC on August 13, 2006. KLEINERT also provided a certificate of liability insurance statement as required.

_____
*(Signature)*
(b)(7)(C)  Special Agent
Office of Law Enforcement Region 4

---

**General report:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| Task: | |
| Author: | (b)(7)(C) |
| Entered by: | (b)(7)(C) |
| Remarks: | 04.08.13.Review of Kleinert's SRP.MOA |

Report time: 04/26/2013 09:28
Entered time: 04/26/2013 09:28

**Narrative:**

**Date:** April 8, 2013

**Person Conducting Activity:** SA (b)(7)(C)

**Activity Location:** BLM, Office of Law Enforcement Region 4
103 Sheppard Drive, Suite 115
Durango, CO 81303

**Reference:** Review of KLEINERT's SRP COC-71563
IMARS Case File #: LM12001644
43 CFR 2932.57 (a)(1) – Fail to obtain a Special Recreation Permit and pay the fees required
James S. KLEINERT

**Ex. C, 18 of 41**

1.  On April 8, 2013, a review of a Special Recreation Permit (SRP) COC-71563 along with two pages of stipulations (Attached) revealed James S. KLEINERT was approved for a commercial motion film permit – wild horse documentary in the Spring Creek Basin Horse Management Area (HMA), in San Miguel County, CO, on National System of Public Lands administered by the BLM on August 17, 2007.

_____
        *(Signature)*
(b)(7)(C)         Special Agent
Office of Law Enforcement Region 4

**General report:**

| | |
|---|---|
| *Incident:* | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |

*Task:*
*Author:*      (b)(7)(C)                    *Report time:*   04/26/2013 09:29
*Entered by:*  (b)(7)(C)                    *Entered time:*  04/26/2013 09:29
*Remarks:*     04.08.13.Review of BLM Categorical Exclusion Document.MOA
*Narrative:*

**Date:**                             April 8, 2013

**Person Conducting Activity:**       SA (b)(7)(C)

**Activity Location:**                BLM, Office of Law Enforcement Region 4
                                      103 Sheppard Drive, Suite 115
                                      Durango, CO 81303

**Reference:**                        Review of BLM Categorical Exclusion
Document

                                      IMARS Case File #:  LM12001644
                                      43 CFR 2932.57 (a)(1) – Fail to obtain a Special
                                      Recreation Permit and pay the fees required
                                      James S. KLEINERT

1.  On April 8, 2013, a review of a BLM Categorical Exclusion document (Attached)

**Ex. C, 19 of 41**

revealed the following:  The document was signed by Steven K. Beverlin, Manager, Dolores Public Lands Office on August 14, 2007.  Note:  Beverlin is no longer in the position as Manager of the Dolores Public Lands Office, now known as the Tres Rios Field Office.

2.  The Categorical Exclusion document is identified as CO-800-2007-108 CX and refers to James S. KLEINERT's film permit for filming a wild horse documentary motion film (COC-71563).  Through a review process conducted by the BLM, KLEINERT was granted a permit to conduct filming in the Spring Creek Basin Wild Horse Management Area for a permitting fee of $708.00.

_____
*(Signature)*
(b)(7)(C)          Special Agent
Office of Law Enforcement Region 4

**General report:**

| | |
|---|---|
| *Incident:* | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| *Task:* | |

| | | | |
|---|---|---|---|
| *Author:* | (b)(7)(C) | *Report time:* | 04/26/2013 09:31 |
| *Entered by:* | (b)(7)(C) | *Entered time:* | 04/26/2013 09:31 |
| *Remarks:* | 04.09.13.Review of BLM Notice of Trespass Letter.MOA | | |
| *Narrative:* | | | |

**Date:** April 9, 2013

**Person Conducting Activity:** SA (b)(7)(C)

**Activity Location:** BLM, Office of Law Enforcement Region 4
103 Sheppard Drive, Suite 115
Durango, CO 81303

**Reference:** Review of BLM Notice of Trespass Letter
IMARS Case File #:  LM12001644
43 CFR 2932.57 (a)(1) – Fail to obtain a Special Recreation Permit and pay the fees required
James S. KLEINERT

1.  On April 9, 2013, a review of a "Notice of Trespass" letter (Attached) sent to James S. KLEINERT revealed the following.  The letter was signed by Jamie

Ex. C, 20 of 41

Sellar-Baker on January 26, 2009.  Sellar-Baker is identified as the Associate Manager, Dolores Public Lands Office.  Note:  Sellar-Baker is currently the Branch Chief over Program Operations at the Bureau of Land Management (BLM) National Operations Center, Denver Federal Center, Building 50, Denver, CO 80225, (303) 236-0402.

2.  The letter advises KLEINERT that the BLM has instituted trespass proceedings for the unauthorized use of public lands pursuant to Title 43 CFR 2920.1-2 under the authority of the Federal Land Policy and Management Act of 1976 (43 U.S. Code 1701).

3.  The letter discusses KLEINERT being permitted (COC-71563) to film a wild horse gather in 2007, but not permitted to film the release of a horse back to the Spring Creek Basin Wild Horse Herd Management Area (HMA) on September 19, 2007.

---

*(Signature)*

(b)(7)(C)  Special Agent
Office of Law Enforcement Region 4

**General report:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| Task: | |
| Author: | (b)(7)(C) |
| Entered by: | (b)(7)(C) |

| | |
|---|---|
| Report time: | 04/26/2013 09:33 |
| Entered time: | 04/26/2013 09:33 |

Remarks:  04.10.13.Review of Decleration of Kleinert.MOA
Narrative:

**Date:**  April 10, 2013

**Person Conducting Activity:**  SA (b)(7)(C)

**Activity Location:**  BLM, Office of Law Enforcement Region 4
103 Sheppard Drive, Suite 115
Durango, CO 81303

**Reference:**  Review of Declaration of James KLEINERT
Civil Action No. 11-cv-02428-CMA-BNB
IMARS Case File #:  LM12001644
43 CFR 2932.57 (a)(1) – Fail to obtain a Special
Recreation Permit and pay the fees required
James S. KLEINERT

**Ex. C, 21 of 41**

1.  On April 10, 2013, a review of documents relating to Civil Action No. 11-cv-02428-CMA revealed a Declaration of James KLEINERT (Attached), identified as Document 7-1, and filed September 19, 2011.  KLEINERT states he is one of the Plaintiffs in the Civil Action.

2.  KLEINERT states in paragraph six (6) that he was present at the "roundup" on Friday, September 16, 2011. KLEINERT further states in paragraph eight (8) that his attorney, (b) (6), (b) (7)(C), requested better access for KLEINERT as a member of the public and the press.  KLEINERT states in paragraph nine (9), "Although the BLM escorted members of the public and press near the trap pens for short periods, it was difficult to actually observe the captured horses, much less photograph or film them, due to the jute netting along the sides of the pens."

_____
(Signature)
(b)(7)(C)                      Special Agent
Office of Law Enforcement Region 4

**General report:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| Task: | |
| Author: | (b)(7)(C)                    Report time:   04/26/2013 09:41 |
| Entered by: | (b)(7)(C)                    Entered time:  04/26/2013 09:41 |
| Remarks: | 04.10.13.Review of Decleration of Armstrong.MOA |
| Narrative: | |

**Date:**                         April 10, 2013

**Person Conducting Activity:**   SA (b)(7)(C)

**Activity Location:**            BLM, Office of Law Enforcement Region 4
103 Sheppard Drive, Suite 115
Durango, CO 81303

**Reference:**                    Review of Declaration of Valori A. Armstrong
Civil Action No. 11-cv-02428-CMA
IMARS Case File #:  LM12001644
43 CFR 2932.57 (a)(1) – Fail to obtain a Special
Recreation Permit and pay the fees required
James S. KLEINERT

Ex. C, 22 of 41

LAW ENFORCEMENT SENSITIVE (FOUO)

1. On April 10, 2013, a review of documents relating to Civil Action No. 11-cv-02428-CMA revealed a Declaration of Valori A. Armstrong (Attached), identified as Document 19-1, and filed September 26, 2011. Ms. Armstrong identifies herself as the District Manager for the Bureau of Land Management (BLM) Southwest District Office in Montrose, CO, and leads three field offices of approximately 150 employees. Ms. Armstrong has served in her current position since August 2010.

2. Ms. Armstrong states the morning of September 14, 2011, a film crew was on scene filming the original trap location, which BLM did not use due to weather conditions. KLEINERT (James S. KLEINERT) seemed to be associated with the crew. A film crew, also seemingly associated with KLEINERT, filmed law enforcement enforcing a closure instituted by BLM within the HMA (Horse Management Area) to protect public safety the evening of September 15, 2011. Ms. Armstrong observed KLEINERT filming gather operations on September 16, 2011. He filmed BLM's contractor when the contractor spoke to the public and press, filmed operations from the public/press viewing area, and also filmed horses at the corrals after helicopter operations ceased and the public/press were allowed near the corrals.

_____
*(Signature)*
(b)(7)(C) Special Agent
Office of Law Enforcement Region 4

**General report:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |

Task:

| | | | |
|---|---|---|---|
| Author: | (b)(7)(C) | Report time: | 04/26/2013 09:42 |
| Entered by: | (b)(7)(C) | Entered time: | 04/26/2013 09:42 |
| Remarks: | 04.18.13.BLM Filming Permit Letter.MOA | | |

Narrative:

**Date:** April 18, 2013

**Person Conducting Activity:** SA (b)(7)(C)

**Activity Location:** BLM, Office of Law Enforcement Region 4
103 Sheppard Drive, Suite 115
Durango, CO 81303

**Ex. C, 23 of 41**

LAW ENFORCEMENT SENSITIVE (FOUO)

**Reference:**     BLM Filming Permit Letter
            IMARS Case File #:  LM12001644
            43 CFR 2932.57 (a)(1) – Fail to obtain a Special
            Recreation Permit and pay the fees required
            James S. KLEINERT

1.  On April 18, 2013, Connie Clementson, Field Manager, Tres Rios Field Office (TRFO), Dolores, CO, provided a signed letter (Attached) dated April 17, 2013, advising that the TRFO did not receive an application nor did TRFO issue authorization for any filming of the 2011 Spring Creek Wild Horse Gather within the Spring Creek Basin wild Horse Herd Management Area by or on behalf of James Anaquad Kleinert (James S. KLEINERT) and his filming company, Moving Cloud Productions.

_____
     *(Signature)*
(b)(7)(C)     Special Agent
Office of Law Enforcement Region 4

**Ext. doc. occ report [PDF, 1016.49 KB]:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| Task: | |
| Author: | (b)(7)(C)     Report time: 04/26/2013 09:44 |
| Entered by: | (b)(7)(C)     Entered time: 04/26/2013 09:44 |
| Person: | |
| Address: | |
| Vehicle: | |
| Officer: | |
| Remarks: | |

**Ext. doc. occ report [PDF, 442.58 KB]:**

| | |
|---|---|
| Incident: | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| Task: | |
| Author: | (b)(7)(C)     Report time: 04/26/2013 09:46 |
| Entered by: | (b)(7)(C)     Entered time: 04/26/2013 09:46 |
| Person: | |
| Address: | |
| Vehicle: | |
| Officer: | |
| Remarks: | |

**Ex. C, 24 of 41**

LAW ENFORCEMENT SENSITIVE (FOUO)

### Ext. doc. occ report [PDF, 247.13 KB]:

| | |
|---|---|
| *Incident:* | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| *Task:* | |

| | | | |
|---|---|---|---|
| *Author:* | (b)(7)(C) | *Report time:* | 04/26/2013 09:49 |
| *Entered by:* | (b)(7)(C) | *Entered time:* | 04/26/2013 09:49 |
| *Person:* | | | |
| *Address:* | | | |
| *Vehicle:* | | | |
| *Officer:* | | | |
| *Remarks:* | | | |

### Ext. doc. occ report [PDF, 1.56 MB]:

| | |
|---|---|
| *Incident:* | LM12001644 Law Enforcement @09/15/2011 08:00 (, SAN MIGUEL CO USA (SWTR SPRING CREEK HMA) (Region: COSO, State/Zone: SOUTHWESTDO, Area: TRESRIOSFO)) (From September 15 - 18, 2011, the U.S. Department of Interior (DOI), Bureau of Land Management (BLM), DoI |
| *Task:* | |

| | | | |
|---|---|---|---|
| *Author:* | (b)(7)(C) | *Report time:* | 06/24/2013 10:19 |
| *Entered by:* | (b)(7)(C) | *Entered time:* | 06/24/2013 10:19 |
| *Person:* | | | |
| *Address:* | | | |
| *Vehicle:* | | | |
| *Officer:* | | | |
| *Remarks:* | 06.13.13.AUSA Letter of Declination | | |



Form 9260-2.7
(March 2012)

**U.S. Department of the Interior**
Bureau of Land Management
Office of Law Enforcement

## MEMORANDUM OF ACTIVITY

**Date:**                                            January 17, 2013

**Person Conducting Activity:**         SA (b)(7)(C)

**Activity Location:**                       BLM, Office of Law Enforcement Region 4
                                                     103 Sheppard Drive, Suite 115
                                                     Durango, CO 81303

**Reference:**                                  Email Response from (b) (6), (b) (7)
                                                     (b) (6), the Watch Newspaper
                                                     (b) (7), Telluride, CO
                                                     IMARS Case File #:  LM12001644
                                                     43 CFR 2932.57 (a)(1) – Fail to obtain a Special Recreation
                                                     Permit and pay the fees required
                                                     James S. KLEINERT


1.  On January 16, 2013, (b) (6), (b) (7)(C) the Watch Newspaper, Telluride, CO, was contacted
    telephonically and asked to re-examine letters from her to San Miguel Sheriff's Office, Telluride,
    CO, requesting press passes for (b) (6), (b) (7) and James KLEINERT. The letters were sent via
    email to (b) (6), Note: (b) (6), was shown the letters on January 5, 2012 (See Memorandum of
    Interview (MOI) with attached letters dated January 5, 2012). On January 17, 2013, (b) (6), sent a
    response via email regarding her examination of the letters.

2.  (b) (6), advised the signature on the letters was definitely hers and the verbiage did not seem out of
    character. (b) (6), was troubled by the lack of a year after the "Tuesday, Nov. 21" date at the top of
    the letter for KLEINERT. (b) (6), determined that in 2007, November 21st fell on a Monday, but
    was curious if BLM conducted wild horse gathers in November in the west end of San Miguel and
    Montrose counties. (b) (6), stated, "Just the fact that it says Tuesday, Nov. 21, I'd say, however,
    indicates the letter was tampered with."

3.  (b) (6), recalls issuing KLEINERT press credentials for San Miguel County, but believes it was well
    before 2007. (b) (6), believes KLEINERT lived in Southern California at the time and afterward
    moved to New Mexico.

4.  (b) (6), attached an article written by (b) (6), about the Spring Creek gather in 2007 with a reference
    to KLEINERT (See article below). (b) (6), believes KLEINERT and (b) (6), went together to
    Piceance on a couple of occasions prior to (b) (6), 2007 article. Note: It is believed (b) (6), was
    referring to the Piceance East Douglas Horse Management Area (HMA) near Rangely, CO,

SA (b)(7)(C)                                                                    **Ex. C, 26 of 41**

This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not
be reproduced without written permission.   The report is **FOR OFFICIAL USE ONLY** and its disclosure to unauthorized persons is
prohibited.   Public availability to be determined by 5 U. S. C. 552.

Form 9260-2.7
(March 2012)

Page 2-01/17/2013
BLM OLE # LM12001644

overseen by the BLM Grand Junction Field Office, Grand Junction, CO. **(b) (6),** had asked **(b) (6), (b) (7)(C)**
for a press pass even though **(b) (6),** would be working outside of San Miguel County. **(b) (7)**

**(b) (6), (b) (7)(C) Article:**

Ten Days in Disappointment Valley | 'Culling' 77 Wild Horses From the Spring Creek Herd
by **(b) (6), (b) (7)**

Sep 02, 2007 | 504 views | 0  | 8  |  |

DISAPPOINTMENT VALLEY, Aug. 30, 5:38 p.m. - The Spring Creek herd of wild horses in
Disappointment Valley was scheduled to be rounded up on Monday, Aug. 20 – a herd estimated by
officials at the Bureau of Land Management to number about 114 horses.

Too many horses, in the eyes of the BLM, which considers these horses' Appropriate Management
Level, or AML, to be at 35 to 65 head of horses sharing the range with 125 head of cattle, December
through February.

A contractor had been hired and the wheels were in motion.

Because I spend a lot of time on horseback with these horses and have gotten to know the herd quite
well, I wanted to arrive a few days early, to see them one last time before the gather.

DAY ONE

My horse Buck and I trailer into the preserve on the afternoon of Saturday, Aug. 18, where I saddle up
and we head out. The area is wide and open, and is cut with a system of arroyos that make straight-line
travel difficult at best. The ride bears out what I already know:

This place is a high desert paradise. The colors are warm and clear; the horses are beautiful and healthy.
The reservoirs are full from the monsoon rains. There is water everywhere in Spring Creek and there is
lots of desert feed. Such beauty and grandeur, truly amazing – it moves the spirit, quiets the mind and
softens the heart. We ride for about 12 miles, encountering about 45 horses. It seems like there are fewer
foals than last month. Predation, perhaps? We head back to camp.

After the sunset, which has a summer monsoon beauty, with thunderstorms lurking in the west over
Utah's Abojo mountains, the colors recede and my gaze drifts to the north. There on the top of the ridge
stands, fully lit, a gas-drilling rig. It will be our silent company for the rest of the night, with its upper
most light flashing a warning – a warning of what? Aircraft, certainly, but perhaps also to the horses. A
warning that man's footprint is growing larger and that we are coming their way.

Ignorance can be bliss. Perhaps it is so for the horses. They do not know what the appearance of gas rigs
portends, or what awaits them Aug. 20. They are so wonderfully lost in the beauty of the moment, lost
in their horse-ness. I give thanks that they do not know that there are too many of us and not enough
room for them and their kindred.

**Ex. C, 27 of 41**

This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not
be reproduced without written permission. The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is
prohibited. Public availability to be determined by 5 U. S. C. 552.

Form 9260-2.7
(March 2012)

Page 3-01/17/2013
BLM OLE # LM12001644

I am awakened by visitors in the night. Horses, very near camp, maybe 50 yards away. Buck panics and after snorting and rearing runs down the picket line, wrapping himself around the dead cedar at its end. The horses run off and I get Buck calmed down. How easy it would be to find oneself afoot and horseless. No wonder they used to hang horse thieves; in days past a man without a horse in the desert may well have been a dead man.

## DAY TWO

We leave camp at about 8 a.m. and cover about 25 to 30 miles, encountering horses scattered throughout the preserve. They all look great. We head back to camp to meet up with James Kleinert, my friend who is doing a documentary about the wild horse. James, a dedicated wild-horse advocate, is here to film the gather and get the final footage for his film, The American Wild Horse. The film is scheduled to screen on Capitol Hill in the LBJ Room in late September to garner support for two bills in front of Congress: HR503 and the Senate version, S.311. Both bills are attempts to reinstate the Free Roaming Horse and Burro Act of 1971, which outlawed the slaughter of wild horses and burros. Montana Senator Conrad Burns attached an amendment to the 2005 appropriation bill, passed without discussion or review and signed into law by President Bush, effectively gutting the 1971 law, that mandates the removal of all "excess" horses from public lands by any means, including slaughter.

After a good break we head back out, me on Buck and James on wheels. I head down to Spring Creek and we canter up the stream bed to intercept the two bands visible from camp. What a great ride: The shadows are growing, the footing is good and Buck is in the groove. We stay in the stream bed for mostly, popping out occasionally to keep an eye on the horses. After a couple of miles, we spot some more horses down in the flats by the stream bed. We drop back in, counting the turns to know when to ease out of the canter and into stealth mode. We drop into a walk after the fifth meander, and slip in quietly from there. As we approach the last turn, just 80 yards from the horses, a satellite stallion peers over the top of a 20 foot bank. Busted! He turns and heads to the herd.

No need for stealth now, so we move into a trot and around the bend into the heard. They see us and are on the move. We take it easy, and spend the next 30 minutes within 30 to 100 yards of the horses. Patience! We follow at a distance as they move out and meet up with another band. They run back and forth; the two bands merge briefly. A short fight between the dominant studs break out and the bands separate; the one we were with moves off and the other band lingers, then moves to water. We remain, watching until they are all out of sight. We head back to camp at a slow canter, running into a band of brothers. Five young studs we have been watching for the last couple of years, each one a different color. I give thanks.

## DAY THREE

More miles and more horses. I spend most of the morning looking for the band of paints that hang out in the far East End, find them in the distance and approach, out of sight. When I get to my marker to take a

SA (b)(7)(C)                                    **Ex. C, 28 of 41**

This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission.  The report is **FOR OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited.  Public availability to be determined by 5 U. S. C. 552.

Form 9260-2.7
(March 2012)

Page 4-01/17/2013
BLM OLE # LM12001644

look, they are gone. Time to get back to camp. It's 10 a.m., and James leaves to pick up the rest of the film crew. I slip out of the preserve and head over to my friend Ron Knuckel's place, looking for his lost gelding on the way. He's also missing a pig, but I don't see either one. There's a lot of new fence and locked gates, so we give up and head back to the preserve. I spend the rest of the day scouting film locations and meeting the mustangers. Dave and Sue Cattoor are the owners; it's a family affair, and they prefer to be called contractors. We set up an interview for the evening.

As requested by the BLM, I move camp to outside the preserve to be out of the way of tomorrow's gather. When James and his crew show up, they set up camp and we head back in for the interview. The Cattoors are one of only two outfits doing this kind of work for the BLM. It's hard work, and they've been doing it since 1971. As a matter of fact, Dave, 65, has been mustang-ing since he was 12 years old.

The interview goes well; the Cattoors are relaxed and open as they explain their work, their beliefs, why they use a helicopter for their gathers and how, if done correctly, it is less stressful for the horses than a gather on horseback. The Cattoors believe too much money is being spent maintaining wild horses that are removed from the range and placed in sanctuaries (currently more than 30,000 wild horses are living out their lives on these sanctuaries) and that efforts at fertility control (such as the contraceptive porcine zona pellucida, or PZP) don't work. They are strong advocates of killing, in their words "a humane way to dispose of excess horses," and support the Burns Amendment.

We stay for some storytelling, then head back to camp.

We have grown to respect these people and their work ethic, but something does not sit well. Humane slaughter is too often an oxymoron. We have seen the video.

DAY FOUR

We cannot access the preserve on horseback; the gather inside has been put off for a day as they round up six horses on the outside. We spend the day outside the preserve riding and exploring new terrain. James's crew finalize camera positions and prepare for tomorrow. We meet many more people here for the gather – photographers and media personnel, many advocates of the Spring Creek herd who have worked tirelessly over the years with the BLM to improve range conditions here. Because of them, the herd is still here. We ask for and get another interview with the Cattoors. The interview goes well again, with better lighting, backdrop and sound. The answers are the same. It also comes out that they wish the public would let the BLM do its job and manage the horses how it sees fit and that if ranchers were allowed to manage the herds, it would be even better, because it would be cheaper and cut through all the bureaucracy. Even though their arguments are compelling, there is the feeling that that something is being overlooked. Something is forgotten. We break camp and spend the night at Ron's cabin to recharge all the batteries and go over all the gear. Buck is given free roam of the yard; the pig shows up in the middle of the night and causes a ruckus. Buck doesn't like pigs but he got used to him. Another one of Ron's horses shows up about 2 a.m. and is exciting Buck to the point I'm afraid he's going to jump the fence, so I tie him to the trailer and bed down in the truck, where I can keep an eye on things. I

SA b)(7)(C)                                                                    **Ex. C, 29 of 41**
This report is property of the Office of Law Enforcement and Se          loaned to your agency; it and its contents may not
be reproduced without written permission.  The report is **FOR OFFICIAL USE ONLY** and its disclosure to unauthorized persons is
prohibited.  Public availability to be determined by 5 U. S. C. 552.

Form 9260-2.7
(March 2012)

Page 5-01/17/2013
BLM OLE # LM12001644

can't imagine what kind of a nightmare a snorting rooting pig could bring on as it rouses me from the dead of sleep; lying in the truck, I'm wishing I was under the stars until a skunk walks by and all of a sudden, the truck is a pretty good place to be.

## DAY FIVE

Up at 5 a.m., we head back up to the preserve. Buck stays behind, loose in the yard. No sign of the pig. The rest of the crew heads into their locations; I'm stationed outside the fence and won't see them for the rest of the gather. I set up on top of the horse trailer for the first part of the morning, then move down the fence to a high spot for the rest of the day. We all get good footage, and theirs is superb. I recognize many of the bands as they come in. The excitement, however, is tempered by the knowledge that life for most of these horses is over as they know it. Some horses make an escape and the pilot has to give up on them or risk losing the others. We are always rooting for the horses. The band of paints is one of the last to come in. They're tired and wet but in good shape. What a good-looking bunch. Their pilot is good – never seems to stress them unduly. The last group in was the band of brothers, minus one. Yes! The sorrel got away. Fifty-nine horses are gathered. They are sorted according to age and sex.

## DAY SIX

The gather continues. One horse jumps over the wing fence of the trap and others follow. Their freedom is short-lived after the contractors mount up and bring them back. Twenty-eight more horses brought in, for a total of 87.

## DAY SEVEN

Ten of the 87 horses are selected for release. Five are mares and are treated with PZP, which will not affect the foals they may be carrying. Four are stallions and the other is a weaned paint foal. The other 77 horses are removed from the herd; 32 of them will be auctioned in Cortez. None are over the age of 3; they're all nice-looking with good temperaments – good candidates for adoption. The remaining 45 will go to Canon City's prison program. They are all freeze-branded and vetted; the stallions gelded.

## DAY EIGHT

The gentling clinic starts at 10 a.m. with trainer James Morgan from Bennett, Colo., who works with three different horses – two geldings and a mare, one at a time.

The horses go from trying to climb out of the 40-foot round pen to being gentled to the point that Morgan can touch and then halter them in about three hours. His patience, technique and attitude are phenomenal. Anyone wanting to work with horses like these should attend a clinic like his. He stresses patience and not having inflexible goals, so as to not open the door for disappointment. "Get with the horse so that the horse can get with you," he emphasizes. He uses a coiled lariat as his main training aid. "Don't be in a hurry," he says as he works the horse patiently. His technique can be like watching paint

(b)(7)(C)

SA

This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

**Ex. C, 30 of 41**

Form 9260-2.7
(March 2012)

Page 6-01/17/2013
BLM OLE # LM12001644

dry, but it gets the job done – and produces a willing partner and friend from a once wild horse. He grants James an interview at the end of the clinic. It will help tell the whole story of the wild horse.

DAY NINE

The silent auction runs from 10 to 11 a.m. The horses look good but uncomfortable – no-one can get even close to touching one. It shows the importance of the previous day's clinic, Patience, patience! I spot a young gray stud from the band of brothers. He's a gelding now.

Eighteen of the 32 – the gray among them – find new homes with people who are excited to work with these wonderful horses. Good luck to them all, on both ends of the lead rope. The rest will head to Canon City. In the evening it's back to Disappointment Valley. A nice night under a nearly full moon. A couple hour moonlight ride before bed. No horses running by camp.

DAY TEN In the saddle by 7 a.m. A lot of ground to cover hoping to find what's left of the herd. The herd has gone from 114 to 37 horses. Disappointment Valley has been my favorite place to ride because there is nothing like hooking up with a band of wild horses and having them let you move along with them. It feels empty here now. The herd has been decimated.

After an hour I find a band of five. They are nervous, and dart around a group of trees, spooking at something but not us. We move in through an arroyo, hidden as we approach. At a hundred yards we lose our cover, but move in slowly. They spot us and move away, but they're not panicky. We do not follow.

We move on and after a while come by a lone stallion who seems curious, but keeps us out over a hundred yards and stays with us as we move. After 15 minutes he loses interest and leaves. He's the sorrel from the band of brothers. It's good to see him, but sad to know that his four companions are gone.

We move on. No more horses for quite some time. Then we see what I think is Phantom (a beautiful gray stallion we named earlier in the summer) and his band, down to seven from 13. The foals are gone. They run away, but Phantom stops and turns, from time to time, protecting what remains of his band. Standing proud and snorting his defiance with nostrils flared and tail raised. It's good to see him free.

We move on in a different direction after Phantom takes his band away at a gallop, and next find a group of three studs – they're are new to me. Off they go, no stopping, taking no chances at capture. We watch them go.

We move on, settling into a nice canter to cover more ground as the morning disappears. We round a corner in the terrain and I see movement to the left. A band of three darts out from somewhere. They run at a full gallop broadside to us at 40 yards. A big buckskin with a beautiful paint and a paint foal, both black and white. We pull up and let them have their escape. They are magnificent. We see no more

SA (b)(7)(C)                                                        **Ex. C, 31 of 41**
This report is property of the Office of Law Enforcement and Se____ is loaned to your agency; it and its contents may not be reproduced without written permission.   The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited.   Public availability to be determined by 5 U. S. C. 552.

Form 9260-2.7
(March 2012)

Page 7-01/17/2013
BLM OLE # LM12001644

horses. We have seen 19 of the estimated 37.On the way back to the trailer we see vultures circling low, but never find what's drawing their attention.

My heart is hanging on the ground as we ease our way back to the trailer. Yes, there were still horses, but not many. The memory of those now gone haunt me as we moved along. That which did not set well with us after the interviews with the Cattoors has come into focus: It's our debt to the horse.

Those who advocate the removal of wild horses and the killing of "excess" wild horses have something in common: Their bottom line is money. That's the underlying economics behind the reasoning that we cannot afford to care for these horses. The money should be better spent elsewhere.

Many wild horse advocates have come to realize that the issue involves a deeper economics, however, and it's this simple: We owe the horse! Where would we be without the horse? Horses have carried us through history. We owe them an enormous debt. Without them, we would be thousands of years removed from the present – and we would certainly be afoot.

What are those thousands of years of advancement worth?

We have a debt to pay and our failure or refusal to pay this dept would be an indictment against our society and culture. At the very least, our debt includes whatever it takes to keep these magnificent animals off of the killing floor. We are morally obligated to keep them from meeting such an unholy end.

If you are moved by the plight of the wild horse, please contact your state representatives and ask them to support bills H.R.503 and the S.311

David Glynn has worked with filmmaker James Kleinert on the upcoming documentary, Save the Wild Horse. For more information, or to donate to the project, contact jameskleinert@mac.com.



(b)(7)(C)

*(Signature)*
(b)(7)(C)          Special Agent
Office of Law Enforcement Region 4

**Ex. C, 32 of 41**

(b)(7)(C)
SA

This report is property of the Office of Law Enforcement and Security and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is **FOR OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.



# United States Department of the Interior

BUREAU OF LAND MANAGEMENT
TRES RIOS FIELD OFFICE
29211 Highway 184
Dolores, CO 81323
www.blm.gov/co/st/en/fo/sjplc.html



In Reply Refer To:
2920 (COS01000)

April 17, 2013

Memorandum

To:        (b)(7)(C)        Assistant Special Agent-in-Charge

From:      Tres Rios Field Manager

Subject:   Filming Permit

This is to document that the Tres Rios office did not receive an application nor did we issue authorization for any filming of the 2011 Spring Creek Wild Horse Gather within the Spring Creek Basin Wild Horse Herd Management Area by or on behalf of James Anaquad Kleinert and his filming company, Moving Cloud Productions.

The Federal Land Policy and Management Act of 1976 (Public Law 94-579, as amended) (FLPMA) augmented by Public Law 106-206, and 43 CFR 2920 regulations that authorize BLM to regulate commercial filming activities on Federal lands.

BLM-CO is currently adopting the verbiage from Instruction Memorandum (IM) No. UT 2010-043, which states the requirements for having a BLM Filming Permit prior to capturing imagery on BLM administered lands.  IM-UT 2010-043 states that:

"Commercial filming, either still photography or motion filming, will not be permitted if it is determined that any of the following apply:
•       There is likelihood of resource damage that cannot be mitigated;
•       There would be an unreasonable disruption of the public's use and enjoyment of the site; or
•       The activity poses health or safety risks to the public."

The IM speaks further to filming requirements on BLM lands:

"Moving Photography (filming) requires a filming permit when documentaries, television programs, feature films, advertisements, wildlife filming, or similar projects result in a commercial product."

If you need additional information, please contact me.

Connie Clementson
Field Manager



Form 9260-2.8
(March 2012)

**U.S. Department of the Interior**
Bureau of Land Management
Office of Law Enforcement

## MEMORANDUM OF INTERVIEW

| | |
|---|---|
| **Date and Time:** | January 5, 2012 1030 hrs. |
| **Person Interviewed:** | (b) (6), (b) (7)(C)  The Watch Newspaper |
| **Contact Information:** | (b) (6), (b) (7)(C) |
| **Interview Location:** | 171 North Cora Street Ridgeway, CO 81432 |
| **Interviewed By:** | SA (b)(7)(C) |
| **Reference:** | IMARS Case File #: LM12001644 43 CFR 2932.57 (a)(1) – Fail to obtain a Special Recreation Permit and pay the fees required James S. KLEINERT |

1. On January 5, 2012, (b) (6), (b) (7)(C) was interviewed regarding James KLEINERT and (b) (6), (b) (7)(C) press credentials used during the September 15 – 18, 2011 wild horse gather in the Spring Creek Basin Horse Management Area (HMA), in San Miguel County, CO, on National System of Public Lands administered by the Bureau of Land Management (BLM).

2. (b) (6), (b) (7)(C) stated that KLEINERT did not have a current press pass required by "The Watch" newspaper and issued by the San Miguel County Sheriff's Office, Telluride, CO. (b) (6), (b) (7)(C) stated that press pass requests through the San Miguel Sheriff's Office to report news for The Watch newspaper were good for two years, but now are required annually. (b) (6), (b) (7)(C) also stated neither KLEINERT nor (b) (6), (b) (7) were authorized to represent the paper during the 2011 Spring Creek Basin wild horse gather.

3. (b) (6), (b) (7) was shown copies of the San Miguel County Sheriff's Office media identification application with accompanying request letters signed by (b) (6), (b) (7)(C) for both KLEINERT and (b) (6), (b) (7) (Attached). (b) (6), (b) (7) stated she did author the letters, but believed the letters were from 2007. (b) (6), (b) (7) said that the letterhead in which the requests were written on were old, because the paper has not been referred to as "The Telluride Watch" for over five years. (b) (6), (b) (7) could not explain why there was no date on KLEINERT's letter. Note: (b) (6), (b) (7)(C) letter for KLEINERT is dated "Tuesday, Nov. 21," but does not indicate a year,

This report is property of the Office of Law Enforcement and is loaned to your agency; it and its contents may not be reproduced without written permission. The report is FOR OFFICIAL USE ONLY and its disclosure to unauthorized persons is prohibited. Public availability to be determined by 5 U. S. C. 552.

Form 9260-2.8
(March 2012)

Page 2-01/05/2012
BLM OLE # LM12001644

wherein (b) (6), (b) (7)(C) letter is dated August 16, 2007.  KLEINERT's media application signed by KLEINERT is dated "11/20/07" and identifies his address as:  560 Piedmont Drive, Taos, NM.



(b)(7)(C)

*(Signature)*

(b)(7)(C)                    Special Agent
Office of Law Enforcement Region 4

SA (b)(7)(C)

This report is property of the Office of Law Enforcement and is loaned to your agency; it and its contents may not be reproduced without written permission.  The report is **FOR OFFICIAL USE ONLY** and its disclosure to unauthorized persons is prohibited.  Public availability to be determined by 5 U. S. C. 552.



## San Miguel Sheriff's Office
851 63L Road
Telluride, Colorado
81435

## MEDIA IDENTIFICATION APPLICATION

Name **(b) (6), (b) (7)(C)**

Addre

Phone

S

This Media Identification pass is the property of the San Miguel County Sheriff's Office. I agree to use this identification for media purposes only, and to return it to the San **(b) (6), (b) (7)(C)** upon termination of my current employer.

| Signature | Date | Witness | Date |
|---|---|---|---|
| **(b) (6), (b) (7)(C)** | 8/16/7 | **(b) (6), (b) (7)(C)** | 8·16·07 |

For Office Use Only:

Field Interview # 17169

Issued 8 16·07
Renewed 8· 2011

# THE TELLURIDE WATCH

P.O. BOX 2042
125 W. PACIFIC AVENUE
TELLURIDE, COLORADO 81435
PHONE | 970.728.4496
FAX | 970.728.9066

August 16, 2007

Re: (b) (6), (b) (7)(C)  Watch photographer

To Whom It May Concern:

(b) (6), (b) (7)(C) has been assigned to take photographs for The Telluride Watch of wildfires, mudslides and other activities.

Please give him the necessary press credentials.

Thanks!
Cheers
(b) (6), (b) (7)(C)

The Telluride Watch

**Ex. C, 37 of 41**



(b) (6), (b) (7)(C)



## San Miguel Sheriff's Office
851 63L Road
Telluride, Colorado
81435

## MEDIA IDENTIFICATION APPLICATION

(654/34)

Name _James Kleinert_          DOB _____

Address ___ LCvR5.4(f) ___ LCvR5.4(f)

Phone ___

Sex

---

This Media Identification pass is the property of the San Miguel County Sheriff's Office.
I agree to use this identification for media purposes only, and to return it to the San
Miguel County Sheriff's Office upon termination of my current employer.

_____   11-20-07   _(b) (6), (b) (7)(C)_   11-20-07
Signature          Date       Witr              Date

---

For Office Use Only:

Field Interview # __17515__

---

# T͟HE TELLURIDE WATCH

P.O. BOX 2042
125 W. PACIFIC AVENUE
TELLURIDE, COLORADO 81435
PHONE | 970.728.4496
FAX | 970.728.9066

Tuesday, Nov. 21

To Whom It May Concern:

James Kleinert is covering events in the West End of San Miguel and Montrose counties – including the Bureau of Land Management's roundup of wild horses – for The Telluride Watch.

Can you please issue him press credentials?

Thanks so much.

Cheers,


(b) (6), (b) (7)(C)

**Ex. C, 40 of 41**

