# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES KLEINERT,<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT,<br><br>    Defendant. | Civil Action No. 14-1506 (JDB) |

## ORDER

Upon consideration of [35] defendant's renewed motion for summary judgment; [36] plaintiff's response to that motion, in which he avers that all substantive issues have been resolved, leaving only the issue of attorney's fees and costs; and the entire record herein, it is hereby

**ORDERED** that [35] defendant's renewed motion for summary judgment is **GRANTED**; it is further

**ORDERED** that further proceedings in this case are **STAYED** until May 2, 2016, to allow the parties time to negotiate a settlement regarding fees and costs; and it is further

**ORDERED** that if the parties do not reach a settlement by May 2, 2016, they shall by that date jointly file a proposed fee-motion briefing schedule (or separate proposals if they cannot agree).

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Dated:  March 1, 2016

1